IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT A COURTNEY,

    Plaintiff,

v.                                      CASE NO. 5:16-cv-5-LC-GRJ

JULIE JONES, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint and seeks leave to proceed as a pauper. ECF Nos. 1, 2. The Court ordered Plaintiff to file an amended complaint together with a prisoner consent and financial certificate and six-month account statement on or before February 11, 2016. As of the date of this Report and Recommendation, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 23rd day of February 2016.

                                        *s/ Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge

*Page 2 of 2*

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.