IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT A COURTNEY,

    Plaintiff,

v.                                  CASE NO. 5:16-cv-5-LC-GRJ

JULIE JONES, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 23, 2016 (ECF No. 5) recommending that the case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the Court. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has not filed objections to the Report and Recommendation. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's complaint (ECF No. 1) is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an order of the Court.

**DONE AND ORDERED** this 24th day of March, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**